# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  September 19, 2025

Ms. Tanyqua Latrice Oliver
P.O. Box 5013
Cincinnati, OH 45205

                    Re:  Case No. 25-5838*, Tanyqua Oliver v. Donald Trump*
                          Originating Case No. : 5:25-cv-00100

Dear Madam,

    This appeal has been docketed as case number **25-5838** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

    As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

    Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following case opening items are due by **October 20, 2025**.  The Disclosure of Corporate Affiliations is now an automated entry.  Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

    The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                               Sincerely yours,

                               s/Kelly Stephens

                               Appeal Case Manager: Ryan
                               Direct Dial No. 513-564-7079

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-5838**

TANYQUA LATRICE OLIVER

      Plaintiff - Appellant

v.

DONALD J. TRUMP, In his official and individual capacity as President of the US

      Defendant - Appellee